**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                             **CRIMINAL ACTION NO. 4:06CR124-P-D**

**WILLIAM MICHAEL WINEMILLER,**                               **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant William Michael Winemiller's Motion for Continuance [238]. After due consideration of the motion, the court finds that it should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant William Michael Winemiller's Motion for Continuance [238] is **DENIED**.

**SO ORDERED** this the 2nd day of September, A.D., 2009.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE